# Exhibit 1

Copyright Registration No. VA 2-434-194

Certificate and Copyrighted Works

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**
**VA 2-434-194**

**Effective Date of Registration:**
November 20, 2024
**Registration Decision Date:**
February 25, 2025

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

### Title

**Title of Work:** PRESIDENT DONALD WRAPPING PAPER PATTERN

### Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** October 15, 2024
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 24263675481905277919

### Author

- **Author:** ELIZAVETA NEGRU
  **Author Created:** Illustration
  **Citizen of:** Moldova
  **Domiciled in:** United States
  **Year Born:** 1988

### Copyright Claimant

**Copyright Claimant:** ELIZAVETA NEGRU
11411 S BELMONT DR, PLAINFIELD, IL, 60585, United States

### Rights and Permissions

**Organization Name:** ZAZULEAC WORLD INC.
**Name:** ELIZAVETA NEGRU
**Email:** zazuleacworld@gmail.com
**Telephone:** (312)285-6801
**Address:** 11411 S BELMONT DR

Page 1 of 2

ZAZULI
ELIZAV
11411 S
PLAINI

PLAINFIELD, IL 60585 United States

### Certification

Name: ELIZAVETA NEGRU
Date: November 20, 2024

Copyright Office notes: Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

Libr
Uni
101
Was

OFF
PEN

Retu

Page 2 of 2







