# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

ELIZAVETA NEGRU,

Plaintiff,

v.

THE PARTNERSHIPS and UNIN-CORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No. 25-CV-3002

Hon. LaShonda A. Hunt

Hon. Mag. Heather K. McShain

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on April 1 at 10 AM or as soon thereafter as counsel may be heard, Plaintiff Elizaveta Negru ("Negru" or "Plaintiff") will appear by and through its attorneys before the Honorable Judge LaShonda A. Hunt in Room 1425 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there will present the earlier filed **PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION, A TEMPORARY ASSET RESTRAINT AND EXPEDITED DISCOVERY, PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL and PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT.**

1

Dated: <u>March 21, 2025</u>        By    <u>/s/ Konrad Sherinian</u>
                                                                                            An Attorney for Plaintiff

<u>Attorneys for Plaintiff:</u>

Konrad Sherinian
Depeng (Edward) Bi
The Law Offices of Konrad Sherinian, LLC
1755 Park Street
Suite #200
Naperville, IL 60563
Phone: (630) 318-2606
Fax: (630) 364-5825
Email: ksherinian@sherinianlaw.net
Email: ebi@sherinianlaw.net
Email: courts@sherinianlaw.net